FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0588

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0588

_____

ROBIN W. CARLSON,

      Plaintiff and Appellant,

  v.

                                            O R D E R

ESTATE OF JACK W. NICKELS,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Robin W. Carlson, to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2023